1  DAYLE ELIESON
   United States Attorney
2  FRANK J. COUMOU
   Assistant United States Attorney
3  Nevada Bar No. 4577
   District of Nevada
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
   Fax: (702) 388-5087
6  frank.coumou@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00179-RFB |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | |
| GORDON ESTEP, | |
| Defendant. | |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case against Defendant Gordon Estep.

The Defendant is now being prosecuted by the State of Nevada charged with the same offense. The Defendant has also been identified as a witness in a separate matter in the State of Nevada.

1

Accordingly, the United States respectfully requests that the instant case (2:17-cr-00179-RFB) against Defendant Gordon Estep be dismissed without prejudice, and the case against the same be closed. The Defendant can address this charge through the State proceedings.

DATED: February 20, 2018.

> Respectfully submitted,
>
> DAYLE ELIESON
> United States Attorney
>
> _____//s//_____
> FRANK J. COUMOU
> Assistant United States Attorney

ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: February 21, 2018.

# CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(A)** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 20th day of February, 2018.

*/ s / Frank Coumou*
_____
FRANK COUMOU
Assistant United States Attorney